ACCEPTED
01-15-00390-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 3:17:00 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00390-CV

_____

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 3:17:00 PM
CHRISTOPHER A. PRINE
Clerk

_____

JOHN T. PRESTON and C CHANGE INVESTMENTS, LLC,
Appellants,
v.

EMJO INVESTMENTS, LTD. and H.J. VON DER GOLTZ,
Appellees.

_____

On Appeal from the 215th District Court of Harris County, Texas,
Hon. Elaine H. Palmer, presiding
Trial Court Cause No. 2011-44058

_____

**APPELLANTS' SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME**

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants John T. Preston and C Change Investments file this unopposed motion for an extension of time to file their reply brief, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure. <u>Appellants seek this extension of time because the parties are engaging in settlement discussions and would like to have time to further those discussions while minimizing legal expenses.</u>

This is Appellants' second request for an extension of time to file their reply. Appellants' reply is currently due September 1, 2015. This Court previously granted a two-week extension of time to file this brief, from the original due date of August 18, 2015.

Appellants now request a second two-week extension of time to file their reply brief, making it due Tuesday, <u>September 15, 2015</u>. This extra time will enable the parties to continue their settlement discussions.

Because the Appellants are appealing an interlocutory order denying their special appearances, this is an accelerated appeal. TEX. CIV. PRAC. & REM. CODE § 51.014(a)(7). This is not a parental termination or child protective case.

Counsel for appellees, Emjo Investments, Ltd. and H.J. von der Goltz, does not oppose the relief requested in this motion.

WHEREFORE, Appellants John T. Preston and C Change Investments, LLC request a two-week extension of time to file their Reply Brief, making the brief due Tuesday, September 15, 2015.

Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING, P.C.**

By: _/s/ Jane Langdell Robinson_
Jane Langdell Robinson
Texas Bar No. 24062970
Monica Uddin
Texas Bar No. 24075195
Jamie Aycock
Texas Bar No. 24050241
1221 McKinney Street, Suite 3460
Houston, Texas  77010
713.655.1101
713.655.0062 Fax

**ATTORNEYS FOR APPELLANTS
JOHN T. PRESTON and C CHANGE
INVESTMENTS, LLC**

## CERTIFICATE OF CONFERENCE

Under Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on August 31, 2015, I conferred with Kelley M. Keller, attorney for Appellees Emjo Investments, Ltd. and H.J. von der Goltz.  Ms. Keller stated that appellees are not opposed to the relief requested in this motion.

_/s/  Jane Langdell Robinson_
Jane Langdell Robinson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on August 31, 2015, by the electronic filing manager and/or by facsimile:

Kelley M. Keller
kkeller@ellison-keller.com
Tracey N. Ellison
tellison@ellison-keller.com
Kanchan Bhalerao
ELLISON KELLER
5120 Woodway Dr., Suite 6019
Houston, Texas 77056
Telephone: 713-266-8200
Fax: 713-266-8201
***Attorneys for Appellees Emjo Investments, Ltd. and H.J. von der Goltz***

Asher Griffin
agriffin@scottdoug.com
Chris Sileo
mcsileo@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO, LLP
600 Congress Ave., Ste 1500
Austin, Texas 78701-2589
Fax: 512-474-0731
***Attorneys for Appellees Chalsys, MET, and Lo***

F. Eric Fryar
eric@fryarlawfirm.com
Christina Richardson
crichardson@fryarlawfirm.com
FRYAR LAW FIRM, P.C.
State Bar No. 24070495
912 Prairie, Suite 100
Houston, Texas 77002-3145
Fax: 281-605-1888
***Attorneys for all Intervenors/ Plaintiffs***

/s/ Jane Langdell Robinson
Jane Langdell Robinson